IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant;

v.

TIM HAND, COLORADO BOARD OF PAROLE

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2007.**

    For good cause shown, Respondents' Motion for Leave to Supplement Return on Writ of Habeas Corpus [Filed March 29, 2007; Docket #10] is **granted**.

    Respondents shall have until and including April 2, 2007, in which to file an Affidavit of Curtis Devin to supplement their Return on Writ of Habeas Corpus. Thereafter, the Applicant shall have until and including April 20, 2007, in which to file any reply/traverse that he may so desire.