IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant;

v.

TIM HAND, COLORADO BOARD OF PAROLE,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 4, 2007.**

Applicant's letter request for perfection of service of subpoena [Filed March 30, 3007; Docket #14] is **denied.** Leave of Court must be obtained before discovery is allowed in cases brought pursuant to 28 U.S.C. § 2254. *See* RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT, Rule 6(a). The Court has not given permission for discovery to be commenced in this case.