IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant;

v.

TIM HAND, COLORADO BOARD OF PAROLE

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2007.**

Petitioner's Motion to Compel an Answer [Filed June 19, 2007; Docket #25] is **denied**, as to the request for Respondents to pay all costs associated with this case. Because Petitioner is proceeding *in forma pauperis*, 28 U.S.C. § 1915 sets forth the only costs covered by the Court on behalf Petitioner. Further, cost-shifting is not considered until the conclusion of the case. Petitioner's request for an evidentiary hearing is **denied without prejudice**. The Court will consider whether such a hearing is appropriate under the applicable law when it reviews the case on the merits.