IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant;

v.

TIM HAND, COLORADO BOARD OF PAROLE,

    Respondent.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 10, 2007.**

    Petitioner's Letter (Motion) Requesting Copies of All Documents Filed by Respondent [filed August 8, 2007; Doc #28] is **denied**. Pursuant to Fed. R. Civ. P. 5(a) and D.C. Colo. LCivR 5.1, both parties are required to serve, by mail or otherwise, copies of all documents filed in this matter upon the other party, unless such documents are characterized as "*ex parte*." No such documents have been filed in this case. If any party wishes to obtain copies of documents already filed in a case, they may request such copies from the Office of the Clerk of Court for a stated fee.

    In this matter, all documents filed by the Respondent, except one, contain a "Certificate of Mailing" in accordance with the local rules, and all of which certify that a copy has been mailed to the Petitioner. An "Affidavit of Curtis Devin," filed on April 1, 2007 [doc #17] does not contain a certificate of service. Pursuant to Fed. R. Civ. P. 5(a) and D.C. Colo. LCivR 5.1, Respondent is **ordered** to serve a copy of the affidavit upon Petitioner, if he has not already done so, and file with the Court an appropriate certificate of service.