IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant;

v.

TIM HAND, COLORADO BOARD OF PAROLE,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 10, 2007.**

    Petitioner's Motion for Contempt/Rule 11 [filed September 6, 2007; Doc #33] is **denied without prejudice**, for failure to comply with Fed. R. Civ. P. 11(c)(1)(A). Petitioner may re-file the motion 21 days after service of the Motion on the Respondent, only if the conduct challenged by Petitioner is not withdrawn or appropriately corrected within those 21 days. *See* Fed. R. Civ. P. 11(c)(1)(A).