**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant,

v.

TIM HAND, Colorado Board of Parole,

    Respondent.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter comes before me on the following: (1) the applicant's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254(d)(1)** [#3] filed March 9, 2007; (2) the magistrate judge's **Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#39] filed February 11, 2008; and (3) the applicant's **Motion To Compel Subpoena Duces Tecum** [#41] filed May 16, 2008. The applicant filed objections [#40] to the recommendation. I overrule the objections, approve and adopt the recommendation, deny the application, and deny the motion to compel.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and I have considered carefully the recommendation, objections, and applicable law. In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, ___

U.S.\_\_\_, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Finding no error in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

In his **Motion To Compel Subpoena Duces Tecum** [#41] filed May 16, 2008, the applicant asks that the court appoint counsel to represent him in this case and that the court order the respondent to disclose certain documents. In an order [#24] entered May 25, 2007, the magistrate judge denied the applicant's previous motion for appointment of counsel. For the reasons stated by the magistrate judge in his May 25, 2008, order [#24], I conclude that the applicant is not entitled to the appointment of counsel in this case. I conclude also that the applicant is not entitled to an order requiring the respondent to disclose the documents described in the applicant's motion [#41].

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections stated in the applicant's **Motion of Objection to the Magistrate's Recommendation** [#40] filed February 21, 2008, are **OVERRULED**;

2. That the **Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#39] filed February 11, 2008, is **APPROVED AND ADOPTED** as an order of this court;

3. That the applicant's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254(d)(1)** [#3] filed March 9, 2007, is **DENIED**;

4. That the applicant's **Motion To Compel Subpoena Duces Tecum** [#41] filed May 16, 2008, is **DENIED**;

2

5. That this case is **DISMISSED WITH PREJUDICE**;

6. That **JUDGMENT SHALL ENTER** for the respondent, Tim Hand, and against the applicant, Donald Gillison; and

7. That the respondent is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated September30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge