IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant,

v.

TIM HAND, Colorado Board of Parole

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Blackburn, Judge

    Applicant has filed a notice of appeal from this court's final order denying his habeas corpus Application that is construed as filed pursuant to 28 U.S.C. § 2241 and dismissing the action. The Court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 25th day of November, 2008.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    JUDGE, UNITED STATES DISTRICT COURT
                                    FOR THE DISTRICT OF COLORADO