IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00468-REB-MEH

DONALD GILLISON,

    Applicant,

v.

TIM HAND, Colorado Board of Parole

    Respondent.

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Blackburn, Judge

    Applicant has submitted a Notice of Appeal. Applicant previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The Court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith because Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith. It is also

ORDERED that Applicant's Motion Requesting the Appointment of Legal Counsel is denied with leave to re-file in the Court of Appeals.

DATED at Denver, Colorado this 11th day of December, 2008.

BY THE COURT:

s/ Robert E. Blackburn
_____
 JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO